JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. L., | CASE NO. EDCV 23-0226 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this action is remanded for reconsideration of Plaintiff's subjective allegations of peripheral neuropathic symptoms.

DATED: March 29, 2024

_____
ALICIA G. ROSENBERG
United States Magistrate Judge